UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ROBERT DOYLE

v

DOUGLAS PALMER
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 29 2018 ★
BROOKLYN OFFICE

ORDER
CV18-4439

**Jack B. Weinstein, Senior United States District Judge**

The court will hear the government's motion to dismiss the complaint on

November 7, 2018 at 11:15 a.m., in courtroom 10B South.

Mr. Robert Doyle shall appear in person with counsel.

SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 10/29/18