UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT DOYLE, | ORDER |
| Plaintiff, | 18-CV-4439 |
| – against – | |
| DOUGLAS C. PALMER, | |
| Defendant. | |

**Jack B. Weinstein, Senior United States District Judge:**

The court has the Government's letter dated November 6, 2018, ECF No. 19. The Government requested that the court adjourn the hearing on its motion to dismiss. *Id.*

The court also has plaintiff's letter dated November 14, 2018, ECF No. 21. Plaintiff's opposition to defendant's motion to dismiss shall be filed by December 3, 2018.

To assist the parties, the hearing on defendant's motion to dismiss the complaint shall be adjourned to December 20, 2018 at 10:30 a.m.

Mr. Robert Doyle shall appear in person with counsel.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Date: November 15, 2018
Brooklyn, New York