UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT DOYLE,<br><br>*Plaintiff,*<br><br>-against-<br><br>DOUGLAS C. PALMER, in his official capacity as Clerk of the United States District Court for the Eastern District of New York,<br><br>*Defendant.* | 1:18-cv-04439-JBW-CLP<br><br>**NOTICE OF MOTION** |

*[Handwritten: This motion shall be heard on December 20, 2018 at 10:30 A.M. So ordered. Notify U.S. atty. /s/ JB Weinstein  11/20/18]*

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all of the other pleadings and proceedings herein, Plaintiff will, pursuant to Local Civil Rule 6.3 and Rules 60(b)(1) and 60(b)(6) of the Federal Rules of Civil Procedure, move the Court, before Senior Judge Jack B. Weinstein, in Courtroom 10B South, 225 Cadman Plaza East, Brooklyn, New York 11201 on December 14, 2018, at 9:30 a.m. or as soon thereafter as the parties may be heard, to: (1) reconsider, and vacate, the Order (Dkt. No. 22) dated, and entered on, November 15, 2018, but served on November 16, 2018, insofar as the Order states, as italicized herein:

> The court has the Government's letter dated November 6, 2018, ECF No. 19. The Government requested that the court adjourn the hearing on its motion to dismiss. *Id.* The court also has plaintiff's letter dated November 14, 2018, ECF No. 21. [¶] Plaintiff's opposition to defendant's motion to dismiss shall be filed by December 3, 2018. [¶] To assist the parties, the hearing on defendant's motion to dismiss the complaint shall be adjourned to December 20, 2018 at 10:30 a.m.[¶] *Mr. Robert Doyle shall appear in person with counsel.*"

Dated: November 16, 2018

Respectfully submitted,

*s/ Todd C. Bank*
TODD C. BANK
 ATTORNEY AT LAW, P.C.
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125
By Todd C. Bank

*Counsel to Plaintiff*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 27 2018 ★
BROOKLYN OFFICE



## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, a true and accurate copy of the foregoing document is being filed electronically via the Court's electronic-filing (ECF) system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and copies will be mailed to those parties, if any, who are not served via the Court's ECF system.

Dated: November 16, 2018

*s/ Todd C. Bank*
TODD C. BANK