UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT DOYLE,

    Plaintiff,

    – against –

DOUGLAS C. PALMER,

    Defendant.

ORDER

18-CV-4439

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 20 2019 ★

BROOKLYN OFFICE

**Jack B. Weinstein, Senior United States District Judge:**

For the reasons indicated orally, plaintiff's motions for reconsideration of the court's order that Robert Doyle appear in person at the hearing on defendant's motion to dismiss are denied.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:  February 19, 2019
        Brooklyn, New York

