TODD C. BANK, ATTORNEY AT LAW, P.C.
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York  11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com                                                   tbank@toddbanklaw.com

March 15, 2019

United States District Court
Esatern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201
Attn: Judge Jack B. Weinstein

                **Re:**    **Doyle v. Palmer**
                        **Case No. 1:18-cv-04439-JBW-CLP**

Dear Judge Weinstein:

      I represent the plaintiff, Robert Doyle, in the above-referenced matter.

      Mr. Doyle will be unable to attend the oral argument scheduled to be held on March 18, and likely will also be unable to appear by telephone.

Sincerely,

  s/ *Todd C. Bank*

Todd C. Bank

TCB/bd