FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 09 2019 ★
BROOKLYN OFFICE

DATE 3/18/19

BEFORE JUDGE Weinstein    AT 10:30 A.M./~~P.M.~~

C/R ~~or ECR~~ T. Mancuso    MAG. _____

CIVIL CAUSE FOR MOTION HEARING

Docket Number CV18-4439

Title: Robert Doyle vs. Douglas Palmer

(Pltff.) (Deft.) _____ motion for dismissal

Appearances: For Pltff. Todd Bank

For Deft. Matthew Modafferi

✓ Case called. _____ Parties Sworn _____ Evidentiary Hearing Held.

✓ Counsel for all sides present.

_____ Counsel for _____ not present.

✓ Motion argued. _____ Motion Granted _____ Motion Denied.

✓ Decision reserved.

_____ Order to be submitted by _____.

_____ Case adjourned to _____ for _____

_____ Other _____